# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yoana Luna Cortez,<br><br>    Plaintiff,<br><br>v.<br><br>Mar Multiservices LLC, et al.,<br><br>    Defendants. | NO. CV-24-02335-PHX-SPL<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff and Opt-In Plaintiffs having accepted Defendants' offer of judgment, judgment is hereby entered against Defendants Mar Multiservices LLC, J.R. Restaurant LLC, and J.R.R. Restaurant LLC in the amount of $38,374.73, plus reasonable attorneys' fees and costs pursuant to statute. The sum shall be apportioned among the Plaintiff and Opt-In Plaintiffs as follows: Yoana Luna Cortez: $12,860.84; Antonio Daniel Resendiz Gallegos: $14,273.44; Lucero Beltran Alvarez: $3,531.75; Donna M Marquez: $2,061.98; Cincy Nayeli Gonzalez Rivera: $3,646.72; Cinthia Rodriguez: $500.00; and Joanna Lopez: $1,500.00. This action is hereby terminated.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

May 20, 2025

                                                s/ Rebecca Kobza
                                 By   Deputy Clerk